DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOY MACK,**
Appellant,

v.

**WACHOVIA MORTGAGE CORPORATION, FSB** f/k/a
**WORLD SAVINGS BANK FSB,**
Appellee.

No. 4D18-3799

[December 5, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 10024485.

Joy Mack, Hollywood, pro se.

Jason F. Joseph of the Tromberg Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***